# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF New Jersey
### _____ DIVISION

IN RE:

David Sadek

DEBTOR.

CASE NUMBER: 15-30685

JUDGE John K. Sherwood

CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM March 1 TO March 31, 2016

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 5/5/16

_Karina Pia Weid_
Attorney for Debtor

Debtor's Address and Phone Number:
100 Palisades Rd
Unit 3305
Fort Lee NJ 07024
Tel. 201-248-2727

Attorney's Address and Phone Number:
Po Box 230
Liberty Corner
NJ 07938
Bar No. 02610-2002
Tel. 908-350-7505

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: In re David Sadek
Case Number: 15-30685 (JKS)

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 97,100.88 | |
| CASH- Beginning of Month (Business) | 1646.44 | |
| | | |
| Total Household Receipts | 10,335.77 | |
| Total Business Receipts | 12,234.66 | |
| Total Receipts | 22,570.43 | |
| | | |
| Total Household Disbursements | 12,382.84 | |
| Total Business Disbursements | 13,936.88 | |
| Total Disbursements | 26,319.72 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -3749.29 | |
| | | |
| CASH- End of Month (Individual) | 96,942.38 | |
| CASH- End of Month (Business) | -55.78 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 5 day of MAY 20 16.

Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 97,100.88 | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 6,468.79 | |
| Wages from Other Sources (attach list to this report) | 3,866.98 | |
| Interest or Dividend Income | 0.00 | |
| Alimony or Child Support | 0.00 | |
| Social Security/Pension/Retirement | 0.00 | |
| Sale of Household Assets (attach list to this report) | 0.00 | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | |
| Other (specify) (attach list to this report) | | |
| **TOTAL RECEIPTS** | 10,335.77 | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 0 | |
| Charitable Contributions | 0 | |
| Gifts | 0.00 | |
| Household Expenses/Food/Clothing | 2,661.33 | |
| Household Repairs & Maintenance | 0 | |
| Insurance | 0 | |
| IRA Contribution | 0.00 | |
| Lease/Rent Payments | 0.00 | |
| Medical/Dental Payments | 0 | |
| Mortgage Payment(s) | 0.00 | |
| Other Secured Payments | 0.00 | |
| Taxes - Personal Property | 0.00 | |
| ~~Taxes~~ Transfer to Business account | 600.00 | |
| ~~Transfer to~~ Transfer to Savings | 125 | |
| Travel & Entertainment | 1,265.47 | |
| Tuition/Education | 250 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 144.19 | |
| Vehicle Expenses | 555.74 | |
| Vehicle Secured Payment(s) | 950.00 | |
| U. S. Trustee Quarterly Fees | 325.00 | |
| Professional Fees (Legal, Accounting) | 0 | |
| Other (attach schedule)   Cash | 369.50 | |
| Credit Card Payments | 1882.34 | |
| Business Expense | 1018.78 | |
| Bank Fees | 12.50 | |
| **Total Household Disbursements** | 10,159.85 | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 96,942.38 | |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 1646.44 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 0 | |
| Account Receivable Collection | 0 | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0 | |
| Rental Income | 8080.62 | |
| Sale of Business Assets (attach list to this report) | 0 | |
| Other (specify) (attach list to this report)   Transfers from DIP | 950 | |
| Transfers from escrow account | 1650 | |
| **Total Business Receipts** | 10,680.42 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | 0 | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 5379.75 | |
| Taxes - Payroll | | |
| Taxes - Sales | 0 | |
| Taxes Other (attach schedule) | 0 | |
| Contract Labor (Subcontractors) | 0 | |
| Inventory Purchases | 0 | |
| Secured/Lease Payments (Business) | 0 | |
| Utilities (Business) | 259.60 | |
| Insurance    For properties | 0 | |
| Vehicle Expenses | 380.71 | |
| Travel & Entertainment | 0 | |
| Repairs and Maintenance | 0 | |
| Supplies | 0 | |
| ~~Charitable Contributions/Gifts~~   Cash | 81.50 | |
| ~~Purchase of Fixed Assets~~   Transfer to Escrow | 3000 | |
| Advertising | 20 | |
| Bank Charges | 142.50 | |
| Other (attach schedule)   Tuition: | 2769.62 | |
| Credit card payments | 349.16 | |
| **Total Business Disbursements** | 12,382.84 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | -55.78 | |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property Insurance -27 Century Ridge Rd | Liberty Mutual | 12/30/15-12/30/16 | 23.50/month | 0 |
| Property Insurance-Port St. Lucie | Statewide Insurance | 12/15/16-12/15/16 | 1137.33/year | 0 |
| Property Insurance-Trump 515 | Statewide Insurance | 12/10/15-12/10/16 | 627.18/year | 0 |
| Property Insurance | Covington | 12/29/15-12/29/16 | 728/year | 0 |
| Auto insurance | Geico | 12/24/15-12/24/16 | 211.94/month | 0 |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: May 30, 2016

**MONTHLY OPERATING REPORT - INDIVIDUAL**             **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo | | |
| Account Number: | 9370125396 | 2000039238472 | | |
| Purpose of Account (Business/Personal) | Personal | Business | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| 1. Balance per Bank Statement | 97,100.88 | 1646.44 | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0 | 0 | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | 0 | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | 0 | | |
| 5. Month End Balance (Must Agree with Books) | 96,942.38 | -55.78 | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 96,886.60 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 9370125396 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 151 | 3/1/16 | US Trustee | Quarterly Fee | 325.00 |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 2000039238472 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
|  |  |  |  | 7500.00 |
| 700 | 3/1/16 | TABC (Torah Academy of Bergen County) | Tuition | 500 |
| 607 | 3/15/16 | Maayanot | Tuition | 500 |
| 408 | 3/1/16 | Maayanot | Tuition | 1000 |
|  |  |  | TOTAL | 2000.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**    **ATTACHMENT NO. 3C**

**CASH DISBURSEMENTS DETAILS - BUSINESS**

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                              **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | 0 | 0 |
| Plus: Billings During the Month | 0 | 0 |
| Less: Collections During the Month | 0 | 0 |
| Adjustments or WriteOffs* | 0 | 0 |
| Accounts Receivable Ending Balance** | 0 | 0 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | 0 | 0 |
| 31 - 60 Days | 0 | 0 |
| 61 - 90 Days | 0 | 0 |
| Over 90 Days | 0 | 0 |
|  |  |  |
| Total Accounts Receivable** | 0 | 0 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | 0 |  |
| Withholding** | 0 |  |
| FICA - Employee | 0 |  |
| FICA - Employer | 0 |  |
| Unemployment | 0 |  |
| Income | 0 |  |
| Other (Attach List) | 0 |  |
| **Total Federal Taxes** | 0 |  |
|  |  |  |
| **State & Local Taxes** | 0 |  |
| Withholding | 0 |  |
| Sales | 0 |  |
| Unemployment | 0 |  |
| Real Property | 0 |  |
| Personal Property | 0 |  |
| Other (Attach List) | 0 |  |
| **Total State & Local Taxes** | 0 |  |
| **Total Post-Petition Taxes** | 0 |  |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

### ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only)

|  | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* |  |  |  |
| Plus: New Indebtedness During the Month |  |  |  |
| Less: Amount Paid on Acct. Payables in Month |  |  |  |
| Adjustments or WriteOffs** |  |  |  |
| Accounts Payable Ending Balance |  |  |  |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

### ACCOUNTS PAYABLE LISTING
[List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]***

| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|---|---|---|---|
|  |  |  |  |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

### POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS

| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
|---|---|---|---|---|---|
| Chase |  |  | 0 |  |  |
| Citi Mortgage |  |  | 0 |  |  |
| America's Servicing COmpany | 3248.43 | 263,290.88 | 0 | 263,290.88 | 113 |
| Select Portfolio Services | 0 | 685,568.25 | 0 | 685,568.25 | 113 |
| Bayview Loan Servicing |  |  | 0 |  |  |
| Select Portfolio Services |  |  | 0 |  |  |
| Toyota Motor Credit | 935.00 | 2187.90 | 950.00 | 4690.00 | 0 |